IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOSEPH DANIEL BERNHARDT | Violations:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846; and 18 U.S.C. §§ 924(c)(1)(A) and 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2023, and continuing until on or about the date of this

Indictment, in the District of North Dakota, and elsewhere,

JOSEPH DANIEL BERNHARDT

knowingly and intentionally combined, conspired, confederated, and agreed together and

with others, both known and unknown to the grand jury, to distribute and possess with

intent to distribute controlled substances, including (i) 400 grams or more of a mixture

and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and

(ii) 50 grams or more of a mixture and substance containing a detectable amount of

methamphetamine; in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A), and 841(b)(1)(B).

## OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that Defendant traveled from North Dakota to New Mexico, and elsewhere, on multiple occasions to acquire controlled substances for distribution within North Dakota;

2. It was further a part of said conspiracy that Defendant and other conspirators distributed, and possessed with intent to distribute, fentanyl and methamphetamine within North Dakota;

3. It was further a part of said conspiracy that Defendant and other conspirators attempted to conceal their activities by, among other means, hiding controlled substances within motor vehicles and in various containers and objects;

4. It was further a part of said conspiracy that conspirators used United States currency to facilitate their drug trafficking conduct;

5. It was further a part of said conspiracy that Defendant and other conspirators would and did use electronic devices and messaging applications to facilitate the distribution of controlled substances and the collection and transmission of the proceeds of drug distribution activity;

6. It was further a part of said conspiracy that Defendant and other conspirators possessed firearms and ammunition to protect their supply of controlled substances and proceeds of drug trafficking activity;

7.     It was further a part of said conspiracy that conspirators utilized other persons as sub-distributors of controlled substances; and

8.     It was further a part of said conspiracy that Defendant and other conspirators traveled between Bismarck and the Standing Rock Indian Reservation for purposes of distributing controlled substances;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

<u>COUNT TWO</u>

**Distribution of Controlled Substances**
**(fentanyl mixture)**

The Grand Jury Further Charges:

On or about April 3, 2024, in the District of North Dakota,

JOSEPH DANIEL BERNHARDT,

individually, and by aiding and abetting, knowingly and intentionally distributed a

controlled substance, including a mixture and substance containing a detectable amount

of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a

Schedule II controlled substance, on the Standing Rock Indian Reservation in North

Dakota;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT THREE

**Possession with Intent to Distribute Controlled Substances
(40 grams or more – fentanyl mixture)**

The Grand Jury Further Charges:

On or about April 3, 2024, in the District of North Dakota,

JOSEPH DANIEL BERNHARDT,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a controlled substance, including approximately 2,666 pills and tablets that were 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT FOUR

**Possession with Intent to Distribute Controlled Substances
(50 grams or more – methamphetamine mixture)**

The Grand Jury Further Charges:

On or about April 3, 2024, in the District of North Dakota,

JOSEPH DANIEL BERNHARDT,

individually, and by aiding and abetting, knowingly and intentionally possessed with

intent to distribute a controlled substance, including 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

Beginning in or about March 2024 and continuing until in or about April 2024, and in the District of North Dakota, and elsewhere,

JOSEPH DANIEL BERNHARDT,

individually, and by aiding and abetting, knowingly possessed a firearm, namely:

- one HS Produkt (IM Metal), 9mm pistol, Serial Number XS936783;

in furtherance of a drug trafficking crime for which JOSEPH DANIEL BERNHARDT may be prosecuted in a court of the United States, namely: (i) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, as alleged in Count One of this Indictment; (ii) Distribution of Controlled Substances, as alleged in Count Two of this Indictment; (iii) Possession with Intent to Distribute Controlled Substances (40 grams or more fentanyl – mixture), as alleged in Count Three of this Indictment; and (iii) Possession with Intent to Distribute Controlled Substances (50 grams or more methamphetamine – mixture), as alleged in Count Four of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in Counts One, Two, Three, Four, and Five of this Indictment,

JOSEPH DANIEL BERNHARDT

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853, all firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

- one HS Produkt (IM Metal), 9mm caliber pistol, Serial Number XS936783; and

- approximately 9 rounds of 9mm ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

RLV/tmg

8